IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

| | |
|---|---|
| CHARLOTTE HOLMES, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION |
| | ) |
| v. | ) FILE NO. 3:18-cv-00009-NBB-RP |
| | ) |
| KELLY SERVICES, INC., | ) JURY TRIAL DEMANDED |
| | ) |
| Defendants. | ) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties stipulate to the dismissal with

prejudice of all counts in the above styled case. Except as otherwise agreed, each party shall

bear its own attorneys' fees and costs.


Respectfully submitted,                    Respectfully submitted,

CHARLOTTE HOLMES                           KELLY SERVICES, INC.


By: *Charlotte Holmes*                     By: /s/ Alex S. Drummond
Charlotte Holmes, *Pro Se*                     Alex S. Drummond
fcn311@mocs.utc.edu                            Georgia Bar No. 231116
2880 Heber Avenue                              adrummond@seyfarth.com
Memphis, TN 38114                              SEYFARTH SHAW LLP
Telephone: (901) 485-4607                      1075 Peachtree Street, N.E.
                                               Suite 2500
                                               Atlanta, Georgia 30309-3962
                                               Telephone: (404) 885-1500
                                               Facsimile: (404) 892-7056


Date:   January 16, 2019

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

|  |  |  |
|---|---|---|
| **CHARLOTTE HOLMES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CIVIL ACTION** |
| | ) | |
| **v.** | ) | **FILE NO. 3:18-cv-00009-NBB-RP** |
| | ) | |
| **KELLY SERVICES, INC.,** | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

This will certify that on February <u>14</u>, 2019, I served a true and correct copy of *JOINT STIPULATION OF DISMISSAL WITH PREJUDICE* with the Clerk of Court using the CM/ECF system, which will automatically send electronic notification of such filing to the following attorney of record, and via electronic mail:

Charlotte Holmes
Fcn311@mocs.utc.edu
*Pro Se*

By: /s/ Alex S. Drummond
      Alex S. Drummond
      Counsel for Kelly Services, Inc.