IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

| | |
|---|---|
| CHARLOTTE HOLMES, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION |
| ) | |
| v. ) | FILE NO. 3:18-cv-00009-NBB-RP |
| ) | |
| KELLY SERVICES, INC., ) | JURY TRIAL DEMANDED |
| ) | |
| Defendants. ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties stipulate to the dismissal with prejudice of all counts in the above styled case. Except as otherwise agreed, each party shall bear its own attorneys' fees and costs.

Respectfully submitted,                         Respectfully submitted,

CHARLOTTE HOLMES                                KELLY SERVICES, INC.

By: *Charlotte Holmes*                          By: */s/ Amy C. Felder*
Charlotte Holmes, *Pro Se*                          Alex S. Drummond, *Pro Hac Vice*
fcn311@mocs.utc.edu                                 Georgia Bar No. 231116
2880 Heber Avenue                                   adrummond@seyfarth.com
Memphis, TN 38114                                   SEYFARTH SHAW LLP
Telephone: (901) 485-4607                           1075 Peachtree Street, N.E.
                                                    Suite 2500
                                                    Atlanta, Georgia 30309-3962
                                                    Telephone: (404) 885-1500
                                                    Facsimile: (404) 892-7056

                                                    Amy C. Felder
                                                    MSB No. 10667
                                                    WILKINS PATTERSON, P.A.
                                                    4735 Old Canton Road (39211)
Date: January 16, 2019                              Post Office Box 13429

Jackson, MS 39236-3429
Telephone: (601) 366-4343
Facsimile: (601) 981-7608

*Attorneys for Defendant*

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

|  |  |  |
|---|---|---|
| **CHARLOTTE HOLMES,** | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | |
| v. | ) | FILE NO. 3:18-cv-00009-NBB-RP |
| | ) | |
| **KELLY SERVICES, INC.,** | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

This will certify that on February 20, 2019, I served a true and correct copy of ***JOINT STIPULATION OF DISMISSAL WITH PREJUDICE*** with the Clerk of Court using the CM/ECF system, which will automatically send electronic notification of such filing to the following attorney of record:

Charlotte Holmes
2880 Heber Avenue
Memphis, TN 38114
*Pro Se*

By: */s/ Amy C. Felder*
Amy C. Felder
Counsel for Kelly Services, Inc.

52705386v.1